## Hamilton County Municipal Court, Cincinnati, Ohio
### Small Claims Complaint

**Plaintiff(s):** Allen Graham
4122 Saint Williams Avenue
Cincinnati OH 45205  513-3124611
Phone Number

**Case No.** 25CV13003

☒ In accordance with civil rule 4.6 (C) or (D) and 4.6 (E), an ordinary mail waiver is requested

vs.

**Amount $** 6,000

**Defendant(s):** Chex Systems INC
1010 DALE ST N ST PAUL MN 55117

Plaintiff says that there is due and owing from the defendant(s) the sum of **Defendant Chex Systems Inc published** dollars

For the following reason(s): **False, misleading and inaccurate information about Plaintiff in a consumer report. It prepared and sold to third parties including banks and other lenders. Plaintiff can't even get a bank account because of this information which is causing plaintiff stress and emotional distress. Further violation 1681i and 1681e(b)**

Interest, if applicable, from the _____ day of _____, _____ Plus Court Costs.

**ATTENTION: ALLOW SUFFICIENT TIME TO ENTER THE COURTHOUSE DUE TO SECURITY CHECK. DELAYS POSSIBLE.**

Notice and summons in action for money only

To: (1) Chex Systems INC
1010 Dale St N ST PAUL MN 55117

(2) _____

**Notice to the Defendant:** The court will hold trial on this claim at the Hamilton County Courthouse, 1000 Main St., Rm. 265 at 9:30 on: **MAY 30 2025**

If you do not appear at the trial, judgment may be entered against you by default, and your earnings may be subject to garnishment, or your property may be attached to satisfy the judgment. If your defense is supported by witnesses, account books, receipts, or other documentation, you must produce them at the trial. Subpoenas for witnesses, if necessary, should be filed with the clerk at least seven (7) days before the trial. If you believe you have a claim against the plaintiff, you must file a counterclaim with the court and must serve the plaintiff and all other parties with a copy of the counterclaim at least seven (7) days prior to the trial date of the plaintiff's claim. All filings to be filed/mailed with the appropriate fees to: Hamilton County Clerk of Courts 1000 Main St. Rm. 115, Cincinnati, Ohio 45202. If you admit the claim but desire time to pay, you may make such a request at the trial.

### Memorandum to the Plaintiff
Bring your evidence and witnesses, if any, with you. Subpoenas for witnesses, if necessary, must be filed with the clerk at least seven (7) days before the trial date. **On accident cases involving a motor vehicle, you must bring your title to the vehicle.**

Plaintiff further states that to the best of their knowledge the defendant is / is not a member of the Armed Forces of the United States of America.

X _Allen Graham_
Signature of Plaintiff/Attorney    Attorney Address Only    Phone No.    Attorney ID No.

Subscribed and sworn to before me this **30th** day of **April**, 20**25**

_____
Clerk, Deputy Clerk, Notary Public